FILED
SUPERIOR COURT
OF GUAM

2021 FEB 18 PM 1:31

CLERK OF COURT

By:_____

## IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| PEOPLE OF GUAM | CRIMINAL CASE NO.: CF0446-18 |
| vs. | **DECISION AND ORDER** |
| | Re: People's Motion to Continue Trial |
| **LOUIS ANTHONY VARGAS,** | |
| Defendant. | |

### INTRODUCTION

This matter came before the Honorable Judge Anita A. Sukola on January 19, 2021, upon the People's Motion to Continue Trial. The People of Guam are represented by Assistant Attorney General Christine S. Tenorio. The Defendant, Louis Anthony Vargas ("Vargas"), is represented by Public Defender Stephen Hattori. After reviewing the arguments presented by both parties, the Court **GRANTS** the People's Motion to Continue Trial.

### BACKGROUND

On August 9, 2018, Vargas was indicted with *Eight Counts* of **First Degree Criminal Sexual Conduct (As a First Degree Felony)**, *Eight Counts* of **SPECIAL ALLEGATION: Vulnerable Victim Enhancement**, *Six Counts* of **Second Degree Criminal Sexual Conduct (As a First Degree Felony)**, and *Six Counts* of **SPECIAL ALLEGATION: Vulnerable Victim Enhancement.** See Indictment (Aug. 9, 20218). The Court issued a Criminal Trial Scheduling Order on March 6, 2020, originally setting

trial for April 3, 2020. This trial date was delayed due to the COVID-19 pandemic. The Court then issued a Third Amended Criminal Trial Scheduling Order on December 16, 2020, which set trial in this matter for February 3, 2021. See Third Amended Criminal Trial Scheduling Order (Dec. 16, 2020). Defendant verbally asserted speedy trial on December 14, 2020. See Min. Entry (Dec. 14, 2020).

On December 23, 2020, the Supreme Court of Guam issued its Twelfth Upodated Order relative to Court Operations Under Exigent Circumstances Related to the COVID-19 (Coronavirus). See AMD20-414. In that Order, the Court continued the tolling of the running of the speedy trial clock to February 28, 2021. *Id.* at 2.

On December 31, 2020, the People filed the instant motion seeking to continue trial due to "[t]he People's expert DNA witness is expected to be on maternity leave throughout the month of February, 2021." People's Mot. to Continue Trial (Dec. 31, 2020). Defendant orally opposed the motion at a hearing held on January 19, 2021. The Court subsequently took the matter under advisement.

## DISCUSSION

According to Title 8 GCA § 80.50, "[n]o continuance of trial shall be granted except upon affirmative proof in open court, upon reasonable notice, that the ends of justice require a continuance." 8 GCA § 80.50. Further, "[t]he unavailability of a witness is a valid reason for a delay." *People v. Tedtaotao*, 2015 Guam 31 ¶ 43. See also *United States v. Howard*, 218 F.3d 556, 564 (6th Cir. 2000) ("[T]he four-month continuance sought by the government . . . was prompted by the unavailability of a witness, which has been explicitly recognized as a legitimate justification for a continuance").

Further, "[w]hat constitutes good cause for the delay of a criminal trial is a matter that lies within the discretion of the trial court." *People v. Flores*. 2009 Guam 22 ¶ 32. Relatedly, "delay arising from unforeseen circumstances, such as the unexpected illness or unavailability of counsel or witnesses constitutes good cause." *Id.* The Court therefore concludes that the "ends of justice" require a continuance.

The People state that their expert witness is unavailable until the end of February, 2021. See People's Mot. to Continue Trial (Dec. 31, 2020). As explained above, the unavailability of a witness is good cause to continue trial. Further, the Court need not analyze the speedy trial issues, as the speedy trial clock is tolled until February 28, 2021, and the People seek a continuance that would keep trial within the forty five (45) day

window as required by law. See AMD20-414; See also People's Mot. to Continue Trial (Dec. 31, 2020); See also 8 GCA § 80.60(a)(2).

Thus, the Court grants the People's Motion to Continue Trial and sets trial according to the Fourth Amended Criminal Trial Scheduling Order filed January 21, 2021. See Fourth Amended Criminal Trial Scheduling Order (Jan. 21, 2021).

## CONCLUSION

For the reasons set forth above, the Court hereby **GRANTS** the People's Motion to Continue Trial.

FEB 1 8 2021

**SO ORDERED** this _____.

_____
**HONORABLE ANITA A. SUKOLA**
Judge, Superior Court of Guam

**SERVICE VIA E-MAIL**
I acknowledge that an electronic copy of the original was e-mailed to:
AG, PDSC
Date: 2/18/21 Time: 4:11pm
Antonia M Cruz
Deputy Clerk, Superior Court of Guam